256 April 1, 2026 No. 267

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Michael Oliver MIDDAUGH, JR.,
*Plaintiff-Respondent,*

*v.*

OREGON HEALTH AUTHORITY,
*Defendant-Appellant.*

Washington County Circuit Court
24CN03594; A185977 (Control)

Michael Oliver MIDDAUGH, JR.,
*Plaintiff-Respondent,*

*v.*

OREGON STATE HOSPITAL,
*Defendant-Appellant.*

Washington County Circuit Court
24CN03593; A185805

Rebecca D. Guptill, Judge. (Judgment entered October 18, 2024; Judgment entered November 7, 2024)

Submitted February 13, 2026.

Dan Rayfield, Attorney General, Benjamin Gutman, Interim Deputy Attorney General, and Jose Garcia-Fuerte, Assistant Attorney General, filed the brief for appellants.

No appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Reversed. *Lopez v. Oregon State Hospital*, 342 Or App 190, 196-99, 575 P3d 1061 (2025).[1]

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.